THE HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>REFRESHING USA, LLC,<br><br>          Debtor(s)<br><br>WATER STATION MANAGEMENT LLC,<br><br>          Plaintiff,<br><br>v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>          Defendant. | Civil Case No. 24-01863-FPC11<br><br>(Jointly Administered)<br><br>Adversary No. 2:25-ap-80017-FPC<br><br>**JOINT RULE 26(F) STATUS REPORT** |

Plaintiff Water Station Management ("Water Station") and Defendant Riverside Capital NY LLC ("Riverside Capital"), by and through their counsel of record, conducted an initial discovery telephone conference pursuant to Federal Rule of Civil Procedure Rule 26(f). Christopher Pallanch of Tonkon Torp LLP attended on behalf of Water Station. and Robert Sabido of Sabido Law, LLC attended on behalf of Riverside Capital.

**JOINT STATUS REPORT**

1. **Statement of the Nature and Complexity of the Case.**

    **Joint Statement Regarding the Nature and Complexity of the Case:**

    The below statement is made for ease of reference and is not made for purposes of

JOINT RULE 26(F) STATUS REPORT  - 1 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC    Doc 15    Filed 06/13/25    Entered 06/13/25 09:10:19    Pg 1 of 7

judicial admissions or the like. Each party expressly reserves the right to clarify, alter, or amend the statement or any facts or arguments listed therein in connection with future proceedings.

Water Station is one of the debtors in a consolidated bankruptcy proceeding currently pending in this Court. Water Station is or was a company formed to service certain water vending machines, and the company was owned in part by non-party Ryan Wear ("Wear"). Riverside Capital is engaged in the business of making merchant cash advances. Riverside Capital purchased approximately $6.75 million of future receivables from other Wear-related entities (but not Water Station). Those receivables purchases were also guaranteed by other Wear-related entities (but again, not Water Station). When those other entities defaulted on the purchase agreements, Riverside initiated litigation in Connecticut. As a result of the litigation in Conneticut, Riverside resolved the case with Wear that resulted in a Settlement Agreement where Water Station agreed to transfer almost $7 million from its bank accounts to Riverside Capital. Water Station contends (among other things) that those transfers are subject to avoidance. Riverside denies Water Station's claims, contending that the transfers were given for value and with proper authorization according to the terms of the Settlement Agreement.

The parties propose this discovery plan for the Court's consideration.

**2. Initial Disclosures**

The parties agree to exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before June 30, 2025.

**3. Discovery Plan**

**A. Discovery.** The parties anticipate conducting discovery on the claims, counterclaims, and defenses in the Complaint, the Answer and Counterclaims, and the Answer to Counterclaims. The parties propose discovery in accordance with the Federal Rules, including interrogatories, requests for production including ESI, requests for admission, and depositions. The parties anticipate conducting discovery on the claims and defenses in the Complaint and the Answer. The parties propose the following deadlines:

JOINT RULE 26(F) STATUS REPORT - 2 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC   Doc 15   Filed 06/13/25   Entered 06/13/25 09:10:19   Pg 2 of 7

| Event | Date |
|---|---|
| Amend Pleadings / Join Parties | June 30, 2025 |
| Complete Fact Discovery | September 30, 2025 |
| Affirmative Expert Report(s) and Disclosure(s) Due (FRCP 26(a)(2)(B) and (C)) | October 30, 2025 |
| Rebuttal Expert Report(s) and Disclosure(s) Due (FRCP 26(a)(2)(B) and (C)) | November 20, 2025 |
| Dispositive Motions | Water Station filed a motion for partial summary judgment on June 3, 2025. Riverside Capital will file any response to the partial motion for summary judgment on July 18, 2025. Water Station will file any reply in support of the motion on or before 2 weeks after Riverside Capital's response. The parties request a hearing with the Court on the motion on August 12, 2025. Any other dispositive motion shall be filed on or before September 5, 2025. |

**B.     Electronically Stored Information (ESI).**

The parties conferred on and do not anticipate any issues pertaining to the disclosure, discovery, or preservation of electronically stored information (ESI).

**C.     Confidentiality and Privilege.**

The parties do not anticipate special protections for confidentiality and privilege. If the need arises, the parties will submit a proposed stipulative protective order after conferring on appropriate terms of any such protective order.

**D.     Limitations on Discovery.**

JOINT RULE 26(F) STATUS REPORT - 3 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

The parties agree to abide by the discovery limitations set out in the Federal Rules of Civil Procedure and Local Rules, except by later stipulation or leave of Court.

### E. Proposed Limitations on Discovery.

The Parties do not anticipate a need for changes to the limitations on discovery at this juncture.

### F. The Need for any Discovery Related Orders.

The Parties do not anticipate the need for the court to enter any discovery-related orders at this juncture.

### G. Other Orders.

The parties are not presently aware of any other orders the Court should issue under Rule 26(c) or under Rule 16(b) and (c).

## 4. Additional Considerations

### A. ADR

The Parties shall file separately ADR Form 2, Certificate of Compliance with LBR 9019-2.

### B. Related Cases.

This is an adversary proceeding in connection with the Refreshing USA, LLC consolidated cases. Debtors and debtors in possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85 3358945) ("Refreshing"), Case No. 24 01863 11; Water Station Management LLC (81 1202716) ("Water Station"), Case No. 24 01864 11; and Creative Technologies, LLC (46 2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24 01866 11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

/ / /

### C. Statement Regarding Management of Discovery.

JOINT RULE 26(F) STATUS REPORT - 4 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC    Doc 15    Filed 06/13/25    Entered 06/13/25 09:10:19    Pg 4 of 7

Discovery will be managed according to FRCP 27-37 and the Local Rules. If discovery disputes arise, the Parties will attempt to resolve them before raising any matters with the Court.

Water Station does not anticipate needing more than 10 depositions, including one 30(b)(6) deposition (which the parties agree counts as one deposition, regardless of how many individuals the entity may assign to various topics). Riverside Capital does not presently anticipate needing more than 10 depositions, including one 30(b)(6) deposition (which the parties agree counts as one deposition, regardless of how many individuals the entity may assign to various topics).

The Parties will use the form of pre-trial order required by LCR 16 of the Eastern District unless otherwise directed by the Court.

**D.    The Date the Case Will be Ready for Trial.**

Both parties submit that the case can be ready for trial in January 2026.

**E.    The Number of Trial Days.**

The parties agree that two days will be needed for trial.

**F.    The Names, Addresses and Telephone Numbers of All Trial Counsel.**

For Water Station:

Danny Newman, WSBA 61824
Ava Schoen, admitted Pro Hac Vice
Christopher J. Pallanch, WSBA 45859
Tonkon Torp LLP
1300 SW 5th Ave., Suite 2400
Portland, OR 97201
503.221.1440

For Riverside Capital:

Robert Sabido
Sabido Law, LLC
9385 SW Locust Street
Tigard, OR 97223
(971) 302-6236

**G.    Trial Counsel Date Complications.**

JOINT RULE 26(F) STATUS REPORT    - 5 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC    Doc 15    Filed 06/13/25    Entered 06/13/25 09:10:19    Pg 5 of 7

| | |
|---|---|
| 1 | Water Station's counsel: |
| 2 | December 22, 2025 to January 7, 2026. |
| 3 | Riverside Capital's counsel: |
| 4 | December 22, 2025 to January 2, 2026 |
| 5 | **H.     Service Issues.** |
| 6 | There are no known service issues. |
| 7 | **I.     Scheduling Conference.** |
| 8 | The Court has set a scheduling conference for this matter on June 17, 2025. |
| 9 | |
| 10 | DATED:  June 13, 2025 |

TONKON TORP LLP

By:  */s/ Christopher Pallanch*
Danny Newman, WSBA 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Ava Schoen, admitted Pro Hac Vice
  Email: ava.schoen@tonkon.com
  Direct: 503.802.2143
Christopher Pallanch, WSBA 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104

Tonkon Torp LLP
1300 SW 5th Ave., Suite 2400
Portland, OR 97201
Main:  503.221.1440
Facsimile:  503.274.8779
Attorneys for Water Station Management LLC

JOINT RULE 26(F) STATUS REPORT         - 6 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC    Doc 15    Filed 06/13/25    Entered 06/13/25 09:10:19    Pg 6 of 7

SABIDO LAW, LLC & MAURICE WUTSCHER LLP

By: */s/ Robert E. Sabido*
Robert E. Sabido, WSBA No. 29170
Sabido Law, LLC
9385 SW Locust Street
Tigard, OR 97223
(971) 302-6236

044904\00001\18526618v1

JOHN RULE 26(F) STATUS REPORT      - 7 -
Case No. 24-01863-FPC11

TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.221.1440

25-80017-FPC   Doc 15   Filed 06/13/25   Entered 06/13/25 09:10:19   Pg 7 of 7