Robert E. Sabido, WSBA #29170
robert@sabidolawllc.com
SABIDO LAW, LLC
8215 SW Tualatin Sherwood Rd, Ste 218
Tualatin, Oregon 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

Attorney for Defendant Riverside Capital, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC,<br><br>Debtors. | Lead Case No. 24-01863-FPC11<br><br>(Jointly Administered) |
| In re<br><br>WATER STATION MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>Defendant. | Adversary Proc. No.: 25-80017-FPC<br><br>**DEFENDANT RIVERSIDE CAPITAL, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Riverside Capital, LLC ("Riverside" or "Riverside Capital") for its Response in Opposition to Plaintiff Water Station Management LLC's ("Water Station") Motion for Summary Judgment states as follows:

///

## BACKGROUND

DEFENDANT RIVERSIDE CAPITAL, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - PAGE 1

Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, Oregon 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

25-80017-FPC    Doc 19    Filed 07/18/25    Entered 07/18/25 22:33:14    Pg 1 of 4

On April 3, 2025, Water Station filed its Complaint against Riverside asserting claims of Fraudulent Transfer and Unjust Enrichment against Riverside. (ECF No. 1). On May 19, 2025, Riverside filed its Answer and Affirmative Defenses. (ECF No. 12).

Only fifteen (15) days after Riverside filed its Answer and Affirmative Defenses, Plaintiff filed its Motion for Partial for Summary Judgment which included over 660 pages of filings and documents. (ECF No. 13). On June 17, 2025, the Court set the deadline for Riverside to respond to Plaintiff's Motion for Summary Judgment for July 18, 2025 (ECF No. 12).

On June 30, 2025, Plaintiff filed a Motion to Amend its Complaint which added parties and causes of action. (ECF No. 13). As of the date of this filing, Plaintiff's Amended Complaint has not been filed and Riverside has not filed a responsive pleading to the forthcoming Amended Complaint

## LAW AND ARGUMENT

Plaintiff's Motion for Partial Summary Judgment is premature and should be dismissed without prejudice until Plaintiff's Amended Complaint is filed and discovery is concluded.

Generally, summary judgment is premature when a party is not provided a reasonable opportunity to discover information essential to its opposition. *Wandell v. Casbarro,* No. 8:23-cv-02446-TPB-CPT, 2025 U.S. Dist. LEXIS 14891, at *6 (M.D. Fla. Jan. 28, 2025). Here, Plaintiff moved for Summary Judgment only fifteen (15) days after Riverside filed its Answer and Affirmative Defenses. The parties have not exchanged Interrogatories, Requests for Production, or Requests for Admission, or taken any oral discovery. (Declaration of Robert E. Sabido in Support of Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment ["Sabido Decl."], ¶ 3).

Notably absent from Plaintiff's Motion for Partial Summary Judgment is the testimony of Ryan Richard Wear. Mr. Wear's testimony is extremely important as he is the only party who executed the Purchase and Sale of Receivables Agreements with Riverside on behalf of the thirty

DEFENDANT RIVERSIDE CAPITAL, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - PAGE 2

Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, Oregon 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

25-80017-FPC    Doc 19    Filed 07/18/25    Entered 07/18/25 22:33:14    Pg 2 of 4

(38) entities. (*See* Complaint (ECF No. 1), Exs. 1-2). Additionally, it is undisputed that Mr. Wear executed the Settlement Agreement on behalf of Water Station. (*See* Declaration of Joel Getter in Support Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment, ¶ 3 & Ex. A). Lastly, Riverside believes Water Station's Motion for Partial Summary Judgment is procedurally improper due to Water Station's pending Motion for Leave to Amend Complaint. Riverside submits that partial summary judgment cannot be granted until an operative complaint and the response to the operative complaint is filed. (*See* Sabido Decl. at ¶¶ 4-5).

In sum, Ryan Richard Wear's testimony and/or the forthcoming amended complaint may alter the affirmative defenses of Riverside, or even the causes of action brought by Water Station or other related entitles. Accordingly, Plaintiff's Motion for Partial Summary Judgment should be denied without prejudice until the parties have the opportunity to conduct discovery, including (in particular) discovery from Ryan Richard Wear. *See* Fed. R. Civ. P. 56(d).

## CONCLUSION

The Court should deny Plaintiff's Motion for Partial Summary Judgment without prejudice.

Dated: July 18, 2025         SABIDO LAW, LLC

*/s/ Robert E. Sabido*

Robert E. Sabido, WSBA No. 29170
robert@sabidolawllc.com
8215 SW Tualatin Sherwood Rd, Ste 218
Tualatin, OR 9706
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

*Attorney for Defendant Riverside Capital LLC*

DEFENDANT RIVERSIDE CAPITAL, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - PAGE 3

Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, Oregon 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

25-80017-FPC    Doc 19    Filed 07/18/25    Entered 07/18/25 22:33:14    Pg 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I electronically filed the foregoing DEFENDANT RIVERSIDE CAPITAL, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT with the Court's electronic-filing system, through which notification of such filing will be sent to the registered users in the case including:

Danny Newman
Tonkon Torp LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201

Christopher Pallanch
Tonkon Torp LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201

Ava L. Schoen
Tonkon Torp LLP
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201

*Attorneys for Plaintiff Water Station Management LLC*

            */s/ Robert E. Sabido*
            Robert E. Sabido

CERTIFICATE OF SERVICE - PAGE 1