Danny Newman, WSBA No. 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
  Main: 503.221.1440
  Facsimile: 503.274.8779
*Attorneys for Debtors*

HON. FREDERICK P. CORBIT

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC; WATER STATION MANAGEMENT, LLC; and CREATIVE TECHNOLOGIES, LLC,<br><br>Debtors[1]. | Lead Case No. No. 24-01863-11<br>(Jointly Administered) |
| In re<br><br>WATER STATION MANAGEMENT LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>    Defendant. | Adversary No. 2:25-ap-80017-FPC<br><br>**MOTION TO MODIFY SCHEDULING ORDER [ECF NO. 15]** |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

MOTION TO MODIFY SCHEDULING ORDER – Page 1

Debtors Refreshing USA, LLC ("Refreshing"), Water Station Management LLC ("Water Station"), and Creative Technologies LLC ("Creative") (together, ("Plaintiffs"), by and through their undersigned counsel, hereby move the Court for entry of an order to modify the current scheduling order as set forth in the Joint Rule 26(F) Status Report [ECF No. 15]. Plaintiffs are unaware of Riverside Capital NYC LLC's ("Riverside") current position on this motion. On October 2, 2025, after several previous attempts by Water Station's counsel to confer on changes to the scheduling order, counsel for Riverside proposed amended dates. (Declaration of Christopher Pallanch in Support of Water Station's Motion to Amend the Scheduling Order ["Pallanch Dec."] ¶¶ 2-6.) On October 7, 2025, counsel for Water Station emailed counsel for Riverside for approval of a drafted stipulated motion and order to amend the scheduling order using the dates counsel for Riverside suggested in his October 2, 2025, email. (Pallanch Dec. ¶ 7.) Later that same day, counsel for Riverside left counsel for Water Station a voicemail informing counsel for Water Station that he would be withdrawing from his representation of Riverside. (Pallanch Dec. ¶ 8.) Counsel for Water Station returned counsel for Riverside's call on October 8, 2025, and left a message after receiving no answer. (Pallanch Dec. ¶ 9.) Counsel for Water Station has not heard from counsel for Riverside since, nor yet has any notice of withdrawal of representation been filed. (Pallanch Dec. ¶ 9.)

Because Plaintiffs have been unable to confer further with Riverside, and based on the parties' prior email communications (*see* Pallanch Dec. ¶ 10), Plaintiffs respectfully request that the Court enter an order modifying the schedule as follows:

1. The deadline for discovery is extended to December 12, 2025;
2. The deadline for dispositive motions is extended to January 16, 2026;

MOTION TO MODIFY SCHEDULING ORDER – Page 2

3. The deadline for affirmative expert reports and disclosures is extended to February 13, 2026; and

4. Trial shall be set for a date in April 2026.

Dated: October 16, 2025.

                            TONKON TORP, LLP

                            By */s/ Christopher Pallanch*
                                Christopher Pallanch, WSBA No. 45859
                                Danny Newman, WSBA No. 61824
                                1300 SW 5th Avenue, Suite 2400
                                Portland, OR 97201
                                *Attorneys for Debtors*

MOTION TO MODIFY SCHEDULING ORDER – Page 3

TONKON TORP LLP
1300 SW FIFTH AVE, SUITE 2400
PORTLAND, OR 97201
503.221.1440

25-80017-FPC    Doc 35    Filed 10/16/25    Entered 10/16/25 12:20:57    Pg 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO MODIFY SCHEDULING ORDER [ECF No. 15]** was served on:

Robert E. Sabido
Sabido Law, LLC
9385 SW Locust Street
Tigard, OR 97223
*robert@sabidolawllc.com*
   Attorney for Defendant Riverside Capital NY LLC

☒   By electronic means through the court's file and serve (ECF) system on the date set forth below.

DATED: October 16, 2025.

TONKON TORP LLP

By: _/s/ Christopher Pallanch_
   Christopher Pallanch, WSBA No. 45859
   Danny Newman, WSBA No. 61824
   *Attorneys for Debtors*

044904\00001\18862234.v5

CERTIFICATE OF SERVICE – Page 1