Danny Newman, WSBA No. 61824
   Email: danny.newman@tonkon.com
   Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
   Email: christopher.pallanch@tonkon.com
   Direct: 503.802.2104
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
   Main: 503.221.1440
   Facsimile: 503.274.8779
*Attorneys for Debtors*

HON. FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>REFRESHING USA, LLC,<br><br>    Debtors[1]. | Lead Case No. 24-01863-11<br>(Jointly Administered) |
| WATER STATION MANAGEMENT LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>    Defendant. | Adversary No. 2:25-ap-80017-FPC<br><br>**DECLARATION OF CHRISTOPHER PALLANCH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER** |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

DECLARATION OF CHRISTOPHER PALLANCH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER Page 1

I, Christopher Pallanch, being duly sworn, state the following under penalty of perjury:

1. I am one of the attorneys of record for Plaintiffs in the above-captioned matter and submit this declaration in support of Plaintiffs' Motion to Amend Scheduling Order. I make this declaration based on my personal knowledge.

2. On September 11, 2025, I emailed counsel for Riverside regarding a change in the scheduling order. I received no response.

3. On September 15, 2025, I followed up by email to counsel for Riverside seeking a response to my September 11, 2025, email. I received no response.

4. On September 30, 2025, I attempted to reach counsel for Riverside by telephone regarding Water Station's proposed changes to the scheduling order and regarding the status of discovery in the case. I was unable to reach counsel and did not receive a return call.

5. On October 1, 2025, I sent a follow-up email to counsel for Riverside regarding Water Station's proposed changes to the scheduling order and the status of discovery.

6. On October 2, 2025, counsel for Riverside sent a reply email proposing dates for the amended scheduling order.

7. On October 7, 2025, my colleague Olivia Ashé emailed counsel for Riverside for approval of the draft stipulated motion and order to change the scheduling order to the dates opposing counsel suggested in his October 2, 2025, email. Opposing counsel did not respond to this email.

DECLARATION OF CHRISTOPHER PALLANCH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER Page 2

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 2400
PORTLAND, OR 97201
503.221.1440

25-80017-FPC    Doc 35-1    Filed 10/16/25    Entered 10/16/25 12:20:57    Pg 2 of 4

8. Later that same day (October 7, 2025), opposing counsel left me a voicemail informing me that he would be withdrawing from his representation of Riverside.

9. I returned counsel's call on October 8, 2025, but he did not answer. I left a voicemail indicating that we needed to proceed with the case and asking him to return my call. I have not heard from counsel since October 7, 2025, nor has any notice of withdrawal of representation been filed.

10. Attached as <u>Exhibit 1</u> is a true and correct copy of the email correspondence between counsel for Riverside, myself, and my colleagues between September 11, 2025, to October 7, 2025.

DATED: October 16, 2025.

                        */s/ Christopher Pallanch*
                        Christopher Pallanch

DECLARATION OF CHRISTOPHER PALLANCH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER Page 3

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 2400
PORTLAND, OR 97201
503.221.1440

25-80017-FPC    Doc 35-1    Filed 10/16/25    Entered 10/16/25 12:20:57    Pg 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DECLARATION OF CHRISTOPHER PALLANCH IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER** was served on:

Robert E. Sabido
Sabido Law, LLC
9385 SW Locust Street
Tigard, OR 97223
*robert@sabidolawllc.com*
   Attorney for Defendant Riverside Capital NY LLC

☒   By electronic means through the court's file and serve (ECF) system on the date set forth below.

DATED: October 16, 2025.

                        TONKON TORP LLP

                        By:   */s/ Christopher Pallanch*
                              Christopher Pallanch, WSBA No. 45859
                              Danny Newman, WSBA No. 61824
                              *Attorneys for Debtors*

044904\00001\18901663.v1

CERTIFICATE OF SERVICE – Page 1

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 2400
PORTLAND, OR 97201
503.221.1440

25-80017-FPC     Doc 35-1     Filed 10/16/25     Entered 10/16/25 12:20:57     Pg 4 of 4