| From: | Olivia Ashé |
|---|---|
| To: | "Robert E. Sabido"; Christopher Pallanch |
| Cc: | Candace Duncan |
| Subject: | RE: Water Station et al. v. Riverside Capital - Proposed Dates [IMAN-PDX.FID1274439] |
| Date: | Tuesday, October 7, 2025 10:01:46 AM |
| Attachments: | 2025-10-xx (Proposed) Order Approving Stipulation to Amend the Scheduling Order.docx<br>2025-10-xx Stipulated Motion for Amending Scheduling Order.docx |

Hi Robert,

Please let us know if we have your approval to apply your e-signature on the documents attached regarding the stipulation to amend the scheduling order in accordance with the dates you previously provided.

Kind regards,

Olivia

Olivia Ashé | Tonkon Torp LLP
Attorney
503.802.2081 direct
olivia.ashe@tonkon.com

**From:** Robert E. Sabido <robert@sabidolawllc.com>
**Sent:** Thursday, October 2, 2025 12:44 AM
**To:** Christopher Pallanch <christopher.pallanch@tonkon.com>
**Cc:** Olivia Ashé <Olivia.Ashe@tonkon.com>
**Subject:** RE: Water Station et al. v. Riverside Capital - Proposed Dates [IMAN-PDX.FID1274439]

Hi, Chris. I'm currently out of town but picked up your email. I have a suggestion on the proposed schedule: to have a one month buffer between the discovery and dispositive motions deadline, and bump the ensuing deadlines by a month. So, it would look as follows:

- Complete Fact Discovery – new date, December 12, 2025
- Dispositive Motions – new date, January 16, 2026
- Affirmative Expert Reports and Disclosures – new date, February 13, 2026
- Rebuttal Expert Reports and Disclosures – new date, March 13, 2026
- Trial – new date, April 2026

If you would like to discuss further, I'm back in the office next week and can have a phone call then.

Thanks.

**Robert E. Sabido**
Admitted in Oregon, Washington, and Idaho

**Sabido Law, LLC**
8215 SW Tualatin Sherwood Road, Suite 218
Tualatin, OR 97062

T (971) 302-6236  F (503) 974-1673
W [www.sabidolawllc.com](http://www.sabidolawllc.com)

---

**From:** Christopher Pallanch <christopher.pallanch@tonkon.com>
**Sent:** Wednesday, October 1, 2025 9:25 AM
**To:** Robert E. Sabido <robert@sabidolawllc.com>
**Cc:** Olivia Ashé <Olivia.Ashe@tonkon.com>
**Subject:** RE: Water Station et al. v. Riverside Capital - Proposed Dates [IMAN-PDX.FID1274439]

Robert – following up on this again (and my call yesterday). Since we haven't heard from you, we'll go ahead and file our motion to compel, as well as a proposed scheduling order in line with the dates below.

-Chris

**Christopher Pallanch | Tonkon Torp LLP**
Partner / Co-Chair, Litigation Department
503.802.2104 direct
christopher.pallanch@tonkon.com

**From:** Christopher Pallanch
**Sent:** Monday, September 15, 2025 2:43 PM
**To:** 'Robert E. Sabido' <robert@sabidolawllc.com>
**Subject:** RE: Water Station et al. v. Riverside Capital - Proposed Dates [IMAN-PDX.FID1274439]

Robert – checking in on this. Please let me know where things are on your end. Assuming things continue with limited responses (and I think I understand what's happening on your end), we'll plan to proceed with filing a motion to compel regarding the document discovery, and we'll send a proposed schedule in line with the below to the court. We'll note that we haven't received any responses from Riverside.

Happy to chat if you'd like,

-Chris

**Christopher Pallanch | Tonkon Torp LLP**
Partner / Co-Chair, Litigation Department
503.802.2104 direct
christopher.pallanch@tonkon.com

**From:** Christopher Pallanch
**Sent:** Thursday, September 11, 2025 9:02 AM
**To:** 'Robert E. Sabido' <robert@sabidolawllc.com>
**Subject:** Water Station et al. v. Riverside Capital - Proposed Dates [IMAN-PDX.FID1274439]

Robert – Following up on the hearing from yesterday, I think we need to change only the last few deadlines and the trial date from the original status report (attached for reference). Here's what we propose:

- Complete Fact Discovery – new date, December 12, 2025
- Dispositive Motions – new date, December 12, 2025
- Affirmative Expert Reports and Disclosures – new date, January 13, 2026
- Rebuttal Expert Reports and Disclosures – new date, February 13, 2026

- Trial – new date, March 2026

If these work, I'll prepare a stipulation for your review and approval to submit. Let me know if you'd like to discuss.

Thanks,

-Chris

Christopher Pallanch | Tonkon Torp LLP
Partner / Co-Chair, Litigation Department
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
503.802.2104 direct
christopher.pallanch@tonkon.com | website | bio

This message may contain confidential and privileged communications and privileged information. If you received this message in error, please delete it and notify me promptly.

Danny Newman, WSBA No. 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
  Main: 503.221.1440
  Facsimile: 503.274.8779
*Attorneys for Debtors*

**HONORABLE FREDERICK P. CORBIT**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC, WATER STATION MANAGEMENT, LLC; and CREATIVE TECHNOLOGIES, LLC,<br><br>Debtors[1]. | Lead Case No. No. 24-01863-11<br><br>(Jointly Administered) |
| In re<br><br>WATER STATION MANAGEMENT LLC, et al.<br><br>Plaintiffs,<br><br>v. | Adversary No. 2:25-ap-80017-FPC<br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

RIVERSIDE CAPITAL NY LLC,

        Defendant.

Debtors Refreshing USA, LLC ("Refreshing"), Water Station Management LLC ("Water Station"), and Creative Technologies LLC ("Creatives") (together, ("Plaintiffs"), and Defendant Riverside Capital NY, LLC ("Riverside") (collectively the "Parties") by and through its undersigned counsel, hereby jointly move the Court for entry of an order amending the current scheduling order. The parties stipulate to and respectfully request that the Court enter an order modifying the schedule as follows:

1. The deadline discovery is extended to December 12, 2025;
2. The deadline for dispositive motions is extended to January 16, 2026;
3. The deadline for affirmative expert reports and disclosures is extended to February 13, 2026; and
4. Trial shall be set for a date in April 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 14, 2025.

| | |
|---|---|
| **TONKON TORP, LLP** | **SABIDO LAW, LLC** |
| /s/     *Draft* | /s/     *Draft* |
| Danny Newman, WSBA No. 61824 | Robert E. Sabido, WSBA No. 29170 |
| Christopher Pallanch, WSBA No.45859 | 8215 SW Tualatin Sherwood Road, |
| 1300 SW 5th Avenue, Suite 2400 | Suite 218 |
| Portland, OR 97201 | Tualatin, OR 97062 |
| (503) 802-2189 | (971) 302-6236 |
| *Attorneys for Debtors* | |
| | *Attorneys Riverside Capital NY, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATED MOTION TO AMEND SCHEDULING ORDER** was served on debtor and the parties indicated as "ECF" on the attached list of interested parties by electronic means through the court's case management/electronic case file system on the date set forth below.

In addition, the parties indicated as "non-ECF" on the attached list of interested parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED: October 14, 2025.

TONKON TORP LLP

By: */s/ Draft*
 Danny Newman, WSBA No. 61824
 Christopher Pallanch, WSBA No. 45859
 *Attorneys for Debtors*

044904\00001\18862234v3

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC, WATER STATION MANAGEMENT, LLC; and CREATIVE TECHNOLOGIES, LLC,<br><br>Debtors[1].<br><br>In re<br><br>WATER STATION MANAGEMENT LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>Defendant. | Lead Case No. No. 24-01863-11<br><br>(Jointly Administered)<br><br><br>Adversary No. 2:25-ap-80017-FPC<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

THIS MATTER having come before the Court on a Stipulated Motion to Amend the Scheduling Order ("Stipulated Motion"). The Court has reviewed the Stipulated Motion and it is **HEREBY ORDERED as follows:**

1. The Stipulated Motion is granted. It is hereby ordered that:
    a. The deadline discovery is December 12, 2025
    b. The deadline for dispositive motions is January 16, 2026;
    c. The deadline for affirmative expert reports and disclosures is February 13, 2026; and
    d. Trial shall be set for a date in April 2026.
2. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this Order shall be effective upon entry.
3. The Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

**PRESENTED BY**:

TONKON TORP LLP

/s/ _____*Draft*_____
Danny Newman, WSBA No. 61824
  Email: danny.newman@tonkon.com
  Direct: 503.802.2089
Christopher Pallanch, WSBA No. 45859
  Email: christopher.pallanch@tonkon.com
  Direct: 503.802.2104
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
  *Attorneys for Debtors*

**APPROVED AS TO FORM:**

SABIDO LAW, LLC

/s/            *Draft*
Robert E. Sabido, WSBA No. 29170
8215 SW Tualatin Sherwood Road, Suite 218
Tualatin, OR 97062
(971) 302-6236
    *Attorneys Riverside Capital NY, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** was served on debtor and the parties indicated as "ECF" on the attached list of interested parties by electronic means through the court's case management/electronic case file system on the date set forth below.

In addition, the parties indicated as "non-ECF" on the attached list of interested parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address, and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED: October 14, 2025.

TONKON TORP LLP

By: *Draft*
Danny Newman, WSBA No. 61824
Christopher Pallanch, WSBA 45859
*Attorneys for Debtors*

044904\00001\18862232v1