Robert E. Sabido, WSBA #29170
robert@sabidolawllc.com
SABIDO LAW, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC,<br><br>        Debtor. | Case No. 24-01863-FPC11 |
| In re<br>WATER STATION MANAGEMENT, LLC,<br>        Plaintiff,<br>   v.<br>RIVERSIDE CAPITAL NY LLC,<br>        Defendant. | Adversary Proc. No.: 25-80017-FPC<br><br>**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT RIVERSIDE CAPITAL NY LLC** |

      Pursuant to LBR 9010-1(b)(5), Robert E. Sabido and Sabido Law, LLC move to withdraw as attorneys for Defendant Riverside Capital NY LLC in the above-captioned adversary proceeding. Counsel intends to withdraw 14 days from the date of this motion at the latest, or at such earlier time as allowed by the Court. The withdrawal shall be effective immediately upon entry of an order of the Court.

///

MOTION TO WITHDRAW AS ATTORNEY FOR
DEFENDANT RIVERSIDE CAPITAL NY LLC - PAGE 1

Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

25-80017-FPC    Doc 39    Filed 10/24/25    Entered 10/24/25 18:18:16    Pg 1 of 3

Plaintiff has noticed hearings on its Motion to Compel for October 28, 2025, at 11:00 a.m.; and its Motion to Modify Scheduling Order for November 18, 2025, at 2:00 p.m. Trial is currently scheduled for January 7 and 8, 2026.

The name and last known address of the party represented by withdrawing counsel are: Riverside Capital NY LLC, 360 Bloomfield Ave, 301, Windsor, CT 06095.

Date: October 23, 2025

SABIDO LAW, LLC

*/s/ Robert E. Sabido*

Robert E. Sabido, WSBA No. 29170
robert@sabidolawllc.com
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT RIVERSIDE CAPITAL NY LLC - PAGE 2

Sabido Law, LLC
8215 SW Tualatin Sherwood Rd
Suite 218, Tualatin, OR 97062
Telephone: (971) 302-6236
Facsimile: (503) 974-1673

25-80017-FPC    Doc 39    Filed 10/24/25    Entered 10/24/25 18:18:16    Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I electronically filed the foregoing MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT RIVERSIDE CAPITAL NY LLC with the Court's electronic-filing system, through which notification of such filing will be sent to the registered users in the case including:

Danny Newman
Tonkon Torp LLP
888 SW 6th Avenue, Suite 1600
Portland, OR 97204

Christopher Pallanch
Tonkon Torp LLP
888 SW 6th Avenue, Suite 1600
Portland, OR 97204

Ava L. Schoen
Tonkon Torp LLP
888 SW 6th Avenue, Suite 1600
Portland, OR 97204

*Attorneys for Plaintiffs*

I further certify that on October 24, 2025, I served a copy of the foregoing MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT RIVERSIDE CAPITAL NY LLC by email on:

Riverside Capital NY LLC
joel@citycapitalny.com
360 Bloomfield Ave, 301,
Windsor, CT 06095

*/s/ Robert E. Sabido*
Robert E. Sabido

CERTIFICATE OF SERVICE - PAGE 1