**So Ordered.**

**Dated: October 29th, 2025**



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REFRESHING USA, LLC; WATER STATION MANAGEMENT, LLC; and CREATIVE TECHNOLOGIES, LLC,<br><br>Debtors[1]. | Lead Case No. No. 24-01863-11<br>(Jointly Administered) |
| In re<br><br>WATER STATION MANAGEMENT LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>Defendant. | Adversary No. 2:25-ap-80017-FPC<br><br>**ORDER GRANTING PLAINTIFF WATER STATION MANAGEMENT LLC'S MOTION FOR ENTRY OF LIMITED JUDGMENT PURSUANT TO FRCP 54(b)** |

---

[1] Debtors and debtors-in-possession in these Chapter 11 cases ("Bankruptcy Case(s)"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station, "Debtors"), Case No. 24-01866-11. Debtors' mailing address is: 2732 Grand Ave., Ste. 122, Everett, WA 98201.

ORDER GRANTING PLAINTIFF WATER STATION MANAGEMENT LLC'S MOTION
FOR ENTRY OF LIMITED JUDGMENT PURSUANT TO FRCP 54(B) – Page 1

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 2400
PORTLAND, OR 97201
503.221.1440

THIS MATTER having come before the Court on Plaintiff Water Station Management LLC's Motion for Entry of Limited Judgment Pursuant to FRCP 54(b) ("Motion" [ECF No. 32]), and the Court having reviewed the Motion,

**IT IS HEREBY ORDERED:**

1. That limited judgment, including a money award in the amount of $6,908,522 (together with pre- and post-judgment interest thereon) is granted in favor of Water Station on its First Claim for Relief pursuant to Fed. R. Civ. P. 54(b).

2. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this Order shall be effective upon entry.

3. The Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this order.

///END OF ORDER ///

Presented by:

TONKON TORP LLP

By: */s/ Christopher Pallanch*
    Christopher Pallanch, WSBA No. 45859
      Email: christopher.pallanch@tonkon.com
      Direct: 503.802.2104
    Danny Newman, WSBA No. 61824
      Email: danny.newman@tonkon.com
      Direct: 503.802.2089
    1300 SW Fifth Avenue, Suite 2400
    Portland, OR 97201
    *Attorneys for Debtors*

ORDER GRANTING PLAINTIFF WATER STATION MANAGEMENT LLC'S MOTION FOR ENTRY OF LIMITED JUDGMENT PURSUANT TO FRCP 54(B) – Page 2

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 2400
PORTLAND, OR 97201
503.221.1440

25-80017-FPC   Doc 44   Filed 10/29/25   Entered 10/29/25 14:09:47   Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ORDER GRANTING PLAINTIFF WATER STATION MANAGEMENT LLC'S MOTION FOR ENTRY OF LIMITED JUDGMENT PURSUANT TO FRCP 54(b)** was served on:

> Robert E. Sabido
> Sabido Law, LLC
> 9385 SW Locust Street
> Tigard, OR 97223
> robert@sabidolawllc.com
>
> *Attorney for Defendant Riverside Capital NY LLC*

by electronic means through the court's file and serve (ECF) system on the date set forth below.

DATED: October 28, 2025.

        TONKON TORP LLP

        By:   */s/ Christopher Pallanch*
            Christopher Pallanch, WSBA 45859
            Danny Newman, WSBA No. 61824
            *Attorneys for Debtors*

044904\00001\18945320v1

CERTIFICATE OF SERVICE – Page 1

TONKON TORP LLP
1300 SW FIFTH AVE., SUITE 1300
PORTLAND, OR 97201
503.221.1440

25-80017-FPC    Doc 44    Filed 10/29/25    Entered 10/29/25 14:09:47    Pg 3 of 3