Brian T. Peterson, WSBA # 42088
John T. Bender, WSBA # 49658
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

REFRESHING USA LIQUIDATION TRUST,

Remaining Debtor,[1]

Lead Case No. 24-01863-11
(Jointly Administered)

In re:
WATER STATION MANAGEMENT LLC,

Plaintiff,[2]

v.

Adv. Proc. No. 2:25-ap-80017-FPC

**MOTION FOR ENTRY OF DEFAULT AGAINST RIVERSIDE CAPITAL NY LLC**

[1] The Refreshing USA Liquidation Trust (the "Liquidation Trust") is the successor-in-interest to the Former Debtors and Debtors-in-Possession (defined below). The Former Debtors and Debtors-in-Possession, along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (8945) ("Refreshing"); Water Station Management LLC (2716) ("Water Station"); Creative Technologies, LLC (1888) ("Creative" and, together with Refreshing and Water Station, the "Refreshing Debtors"); and Ideal Property Investments, LLC (1791) ("Ideal" and, together with the Refreshing Debtors, "Former Debtors"). The cases being jointly administered are Refreshing, Case No. 24-01863-11; Water Station, Case No. 24-01864-11; and Creative, Case No. 24-01866-11. Ideal, Case No. 24-01421, was not jointly administered and closed on January 8, 2026. The service address for the Liquidation Trust and Former Debtors, the purposes of these Chapter 11 cases only, is: 1300 SW 5th Avenue, Suite 2400, Portland, Oregon 97201.

[2] Debtor and debtor-in-possession in this Chapter 11 adversary proceeding, along with the last four digits of its Employer Identification Numbers, is Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11. This proceeding has been consolidated. The other entities (which are not parties to this adversary proceeding) are Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; and Creative Technologies, LLC (46-2581888) ("Creative"), Case No. 24-01866-11.

MOTION FOR ENTRY OF DEFAULT AGAINST RIVERSIDE CAPITAL NY LLC - 1
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

RIVERSIDE CAPITAL NY LLC,

Defendant.

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 55, Bankruptcy Rule 7055, and Local Bankruptcy Rule 7055-1, Plaintiff Refreshing USA Liquidation Trust ("Plaintiff" or the "Trust") brings this Motion for Entry of Default (the "Motion") asking the Court to enter an order of default against Riverside Capital NY LLC ("Defendant" or "Riverside Capital"). In support of this motion, Water Station relies upon the Statement of Facts set forth below, the accompanying memorandum of points and authorities, and the pleadings and records on file herein.

## II. STATEMENT OF FACTS

1. On or around February 2024, Defendant took actions to cause $6,908,522 to be transferred from Water Station's bank account to Defendant's bank accounts. Defendant also took actions to cause $3,517,709 to be transferred from Refreshing USA LLC and Creative Technologies LLC's bank accounts to Defendant's bank accounts.

2. On April 3, 2025, Water Station commenced this adversary proceeding by filing a Complaint (the "Complaint") bringing a fraudulent transfer claim pursuant to 11 U.S.C. § 548 and an unjust enrichment claim in the alternative against Defendant stemming from merchant cash advance agreements between Water Station and Defendant. *See* Dkt. No. 1.

3. On April 4, 2025, the Clerk of the Court (the "Clerk") issued a Summons in this adversary proceeding (the "Summons"). *See* Dkt. No. 4.

4. On April 17, 2025, the Defendant and its registered agent for service of process in Connecticut were served with the Summons and Complaint, as set forth in

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 2
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

the Certificate of Service signed by Becky Hubbard and filed with the Court. *See* Dkt. No. 7.

5. On April 28, 2025, before Defendant answered the Complaint, Water Station filed the First Amended Complaint ("First Amended Complaint") against Defendant. *See* Dkt. No. 8.

6. On May 9, 2025, Counsel for the Defendant, Robert E. Sabido, filed a Motion to Extend Time to Respond to the First Amended Complaint. *See* Dkt. No. 9.

7. After the Court entered Defendant's Order Extending Time to Respond, Defendant filed an Answer on May 19, 2025. *See* Dkt. No. 12.

8. On June 3, 2025, Water Station brought a Motion for Summary Judgment asking the Court to rule, as a matter of law, that the release and transfer of nearly $7 million in funds from Water Station's Bank of America bank account ending in 5591 to Defendant constituted an avoidable constructive fraudulent transfer. *See* Dkt. No. 13.

9. The Defendant filed its Response to the Motion for Summary Judgment on July 18, 2025. *See* Dkt. No. 19.

10. Prior to the Court's ruling on the Motion for Summary Judgment, Water Station brought a Motion for Leave to Amend the Complaint on June 30, 2025, seeking to add Refreshing USA, LLC ("Refreshing"), and Creative Technologies, LLC ("Creative") as plaintiffs, and to add a third claim of fraudulent transfer pursuant to 11 U.S.C. § 548 relating to transfers from Refreshing and Creative to Defendant. *See* Dkt. No. 18.

11. On August 14, 2025, the Court granted Water Station's Motion for Summary Judgment, finding that summary judgment was appropriate with respect to Water Station's first claim of fraudulent transfer between Water Station and Defendant. *See* Dkt. No. 24.

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 3
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

12. On September 11, 2025, the Court granted Water Station's Motion for Leave to Amend Complaint. *See* Dkt. No. 29.

13. Water Station filed the Second Amended Complaint ("Second Amended Complaint") the following day on September 12, 2025. *See* Dkt. No. 30. In the Second Amended Complaint, Water Station requests that the Court: (a) enter judgment in its favor and against Defendant in the amount of $10,426,231 with pre- and post-judgment interest thereon; (b) enter an order avoiding and setting aside the transfer of funds from Plaintiffs to Defendant; (c) enter a declaration that the transfers of funds from Plaintiffs to Defendant were fraudulent transfers; and (d) grant such further relief as the Court deems just and proper.

14. Defendant filed an Answer to the Second Amended Complaint on September 26, 2025. *See* Dkt. No. 31.

15. Water Station filed a Motion for Entry of Limited Judgment pursuant to Federal Rule of Civil Procedure 54(b) on October 3, 2025 for entry of judgment on its first fraudulent transfer claim. *See* Dkt. No. 32.

16. Water Station filed a Motion to Compel on October 13, 2025, seeking relief from the Court due to Defendant's failure to respond to various discovery requests. *See* Dkt. No. 33.

17. The Court set a Notice of Hearing on the Motion for Entry of Judgment on October 23, 2025, for a hearing date of October 28, 2025. *See* Dkt. No. 38.

18. Defendant's counsel filed a Motion to Withdraw as Attorney on October 24, 2025. *See* Dkt. No. 39. It appears that Defendant's counsel failed to submit an order in connection with the Motion to Withdraw as Attorney.

19. At the October 28, 2025 hearing on the Motion for Entry of Limited Judgment, the Court noted that Defendant's counsel was withdrawing. *See* Dkt. No. 41.

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 4
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

20. On October 29, 2025, the Court granted the Motion for Entry of Limited Judgment. *See* Dkt. No. 44.

21. On October 29, 2025, the Court granted Water Station's Motion to Compel. *See* Dkt. No. 45. The Court's Order on the Motion to Compel imposes, as sanction for failing to respond, an adverse inference that Defendant "acted without good faith in connection with the transfers at issue in this matter." *Id.*

22. Defendant has not substituted its counsel or communicated with the Trust since the withdrawal of its prior counsel, Robert E. Sabido. Neither Mr. Sabido nor substitute counsel appeared for the Defendant at a status conference held on April 16, 2026.

23. Defendant has not otherwise defended the action since it filed its answer to the Second Amended Complaint.

### III.    MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Bankruptcy Procedure 7055 makes Federal Rule of Civil Procedure 55 applicable in adversary proceedings. *See* Fed. R. Bankr. P. 7055.

Federal Rule of Civil Procedure 55(a), made applicable here by Federal Rule of Bankruptcy Procedure 7055, provides: "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *See* Fed. R. Civ. P. 55(a).

Local Bankruptcy Rule 7055-1(a) further provides that a party seeking entry of default pursuant to FRCP 55(a) must provide fourteen (14) days written notice to the party in default. Once the clerk has entered default, a party seeking judgment must file an affidavit showing the principal amount due, a computation of interest to the date of judgment, and costs and taxable disbursements claimed. Local R. Bankr. P. 7055-1(b).

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 5
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

It appears that Defendant is unrepresented, its counsel having filed a motion to withdraw as attorney and failed to upload an order. In addition, Defendant has failed to take an action in this case since October 29, 2025, and failed to appear at a recent status conference held on April 16, 2026. In light of this inactivity and failure to defend and be represented in this action, entry of default against Defendant on all remaining claims is appropriate. After entry of a default, Plaintiff will move for entry of a final judgment on all claims.

## IV.    REQUEST FOR RELIEF

WHEREFORE, Water Station respectfully requests that the Court:

(a)    Enter default against Defendant pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. P. 7055, and LBR 7055-1(a); and

(b)    Grant such other and further relief as the Court deems just and proper.

DATED this April 24, 2026

K&L GATES LLP
*/s/ Brian T. Peterson*
Brian T. Peterson, WSBA # 42088
John T. Bender, WSBA # 49658
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: brian.peterson@klgates.com
john.bender@klgates.com

*Attorneys for Refreshing USA Liquidation Trust*

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 6
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

25-80017-FPC    Doc 56    Filed 04/24/26    Entered 04/24/26 10:09:43    Pg 6 of 7

<u>CERTIFICATE OF SERVICE</u>

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on April 24, 2026, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

That she caused a copy of the foregoing document to be mailed to Riverside Capital NY LLC at 360 Bloomfield Ave, 301 Windsor, CT 06095.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 24th day of April, 2026 at Seattle, Washington.

*/s/ Hilary Dahlem*

MOTION FOR ENTRY OF DEFAULT AGAINST
RIVERSIDE CAPITAL NY LLC - 7
1610362135.1

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**