**So Ordered.**

**Dated: May 20th, 2026**

Frederick P. Corbit
**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>REFRESHING USA LIQUIDATION TRUST,<br><br>Remaining Debtor,[1] | Lead Case No. 24-01863-11<br>(Jointly Administered) |
| In re:<br>WATER STATION MANAGEMENT LLC,<br><br>Plaintiff,[2]<br><br>v.<br><br>RIVERSIDE CAPITAL NY LLC,<br><br>Defendant. | Adv. Proc. No. 2:25-ap-80017-FPC<br><br>**ORDER FOR ENTRY OF DEFAULT** |

[1] The Refreshing USA Liquidation Trust (the "Liquidation Trust") is the successor-in-interest to the Former Debtors and Debtors-in-Possession (defined below). The Former Debtors and Debtors-in-Possession, along with the last four digits of their respective Employer Identification Numbers, are as follows: Refreshing USA, LLC (8945) ("Refreshing"); Water Station Management LLC (2716) ("Water Station"); Creative Technologies, LLC (1888) ("Creative" and, together with Refreshing and Water Station, the "Refreshing Debtors"); and Ideal Property Investments, LLC (1791) ("Ideal" and, together with the Refreshing Debtors, "Former Debtors"). The cases being jointly administered are Refreshing, Case No. 24-01863-11; Water Station, Case No. 24-01864-11; and Creative, Case No. 24-01866-11. Ideal, Case No. 24-01421, was not jointly administered and closed on January 8, 2026. The service address for the Liquidation Trust and Former Debtors, the purposes of these Chapter 11 cases only, is: 1300 SW 5th Avenue, Suite 2400, Portland, Oregon 97201.

[2] Debtor and debtor-in-possession in this Chapter 11 adversary proceeding, along with the last four digits of its Employer Identification Numbers, is Water Station Management LLC (81-1202716) ("Water Station"), Case No. 24-01864-11. This proceeding has been consolidated. The other entities (which are not parties to this adversary proceeding) are Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; and Creative Technologies, LLC (46-2581888) ("Creative"), Case No. 24-01866-11



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

THIS MATTER having come before the Honorable Frederick P. Corbit of the above-entitled Court upon the Plaintiff's Motion for Entry of Default (the "Motion"), the Court being fully advised in the premises, and good cause appearing,

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 55, as incorporated by Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 7055-1, that Defendant Riverside Capital NY LLC is found in default for its failure to defend against the Plaintiff's Complaint.

///End of Order///

Presented by:


K&L GATES LLP
*/s/Brian T. Peterson*________
Brian T. Peterson, WSBA # 42088
John T. Bender, WSBA # 49658
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: brian.peterson@klgates.com
john.bender@klgates.com

*Attorneys for Refreshing USA Liquidation Trust*